IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAVERICK RECORDING COMPANY, a California joint venture; ARISTA RECORDS LLC, a Delaware limited liability company, SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC a New York general partnership; and UMB RECORDINGS, INC., a Delaware corporation,<br><br>            Plaintiffs,<br><br>    v.<br><br>ROBIN RODRIGUEZ,<br><br>            Defendant. | 2:05-cv-01672-GEB-KJM<br><br><br><br><br><br><br><br><br><br><br>RULE 16 SCHEDULING ORDER AND ORDER TO SHOW CAUSE |

   The Order filed in this action on August 19, 2005, scheduled this case for a status (pretrial scheduling) conference on November 14, 2005, and required the parties to file a joint status report fourteen days prior to the scheduling conference. The Order further required that a status report be filed regardless of whether a joint report could be procured.[1]  Neither a joint nor individual status

---

   [1]   As the Order states:

(continued...)

1

Case 2:05-cv-01672-GEB-KJM   Document 11   Filed 11/08/05   Page 2 of 3

1 report was filed.

2 Since a status report was not received, the judge reviewed
3 the file to determine whether he could discern why a report was not
4 filed.  That review disclosed that a request to enter default was
5 filed on October 31, 2005.  This request should have been brought to
6 the judge's attention in a timely-filed status report, which should
7 have also included information about prosecuting the default matter.

8 Plaintiffs are Ordered to Show Cause (OSC) no later than
9 4:00 p.m. on February 6, 2006, why sanctions should not be imposed
10 under Rule 16(f) of the Federal Rules of Civil Procedure against
11 counsel and/or Plaintiff for the failure to file a timely status
12 report, as ordered.  The written response shall state whether
13 Plaintiffs or their counsel is at fault and whether a hearing is
14 requested on the OSC.[2]  If a hearing is requested, it will be held on
15 February 21, 2006, at 9:00 a.m., just prior to the status conference,
16 which is rescheduled to that date.  Plaintiffs shall file a status
17 report no later than February 6, 2006, in which Plaintiffs are only

---

[1](...continued)
> The failure of one or more of the parties to
> participate in the preparation of the Joint Status
> Report does not excuse the other parties from
> their obligation to timely file a status report in
> accordance with this Order.  In the event a party
> fails to participate as ordered, the party timely
> submitting the status report shall include a
> declaration explaining why it was unable to obtain
> the cooperation of the other party or parties.

Order filed Aug. 19, 2005, at 2 n. 1.

[2] "If the fault lies with the attorney, that is where the impact of sanction should be lodged.  If the fault lies with the clients, that is where the impact of the sanction should be lodged." Matter of Sanction of Baker, 744 F.2d 1438, 1442 (10th Cir. 1984), cert. denied, 471 U.S. 1014 (1985).  Sometimes the faults of attorneys, and their consequences, are visited upon clients.  In re Hill, 775 F.2d 1385, 1387 (9th Cir. 1985).

2

1  required to explain the status of the default issue.

2

3          IT IS SO ORDERED.

4  DATED: November 7, 2005

5                                    /s/ Garland E. Burrell, Jr.
                                     GARLAND E. BURRELL, JR.
6                                    United States District Judge