IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAVERICK RECORDING COMPANY, et al.,

    Plaintiffs,                         No. CIV S-05-1672 GEB KJM

    vs.

ROBIN RODRIGUEZ,

    Defendant.                        <u>ORDER</u>

_____/

        Plaintiff's motion for default judgment came on regularly for hearing December 14, 2005. No appearance was made for either party. Upon review of the documents in support, no opposition having been filed, and good cause appearing therefor, THE COURT FINDS AS FOLLOWS:

        Plaintiffs move for default judgment but have submitted insufficient evidence to prove up the allegations of the complaint. Although the complaint has an exhibit that appears to be a computer printout showing copyrighted songs were downloaded, there is no connection demonstrated between the named defendant and the computer printout. Although there is an e-mail address of jrod0991@grokster listed in the exhibits attached to the complaint, plaintiff submits no evidence that defendant Robin Rodriguez, who was served at an address in West Sacramento, owns or has control of this e-mail address. Moreover, the attorney affidavit

submitted in support of the motion for default judgment does not set forth a sufficient basis upon which the averment is made that defendant is not a minor. On this record, the court cannot recommend entry of default judgment.

Accordingly, IT IS HEREBY ORDERED that the motion for default judgment is denied without prejudice.

DATED: December 16, 2005.

_____
UNITED STATES MAGISTRATE JUDGE