```
 1
 2
 3
 4
 5
 6
 7
 8
 9                 IN THE UNITED STATES DISTRICT COURT
10               FOR THE EASTERN DISTRICT OF CALIFORNIA
11  MAVERICK RECORDING COMPANY, a     )   2:05-cv-1672-GEB-KJM
    California joint venture; ARISTA  )
12  RECORDS LLC, a Delaware limited   )
    liability company; SONY BMG MUSIC )
13  ENTERTAINMENT, a New York general )   ORDER
    partnership; and UMG RECORDINGS,  )
14  INC., a Delaware corporation,     )
                                      )
15                  Plaintiffs,       )
                                      )
16            v.                      )
                                      )
17  ROBIN RODRIGUEZ,                  )
                                      )
18                  Defendant.        )
                                      )
19
```

          The status (pretrial scheduling) conference scheduled in this case for February 21, 2006, is continued to June 5, 2006, at 9:00 a.m.  Plaintiffs shall file a status report no later than May 22, 2006, in which Plaintiffs are only required to explain the status of the default issue.

          IT IS SO ORDERED.

Dated:  February 14, 2006

                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

1