Leemore Libesman, SBN 221969
HOLME ROBERTS & OWEN LLP
777 South Figueroa, Suite 2800
Los Angeles, California  90017
Telephone:	(213) 572-4300
Facsimile:	(213) 572-4400
Email:  leemore.libesman@hro.com

Attorneys for Plaintiffs
MAVERICK RECORDING CO.; ARISTA RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; BMG MUSIC; and UMG RECORDINGS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MAVERICK RECORDING COMPANY, a California joint venture; ARISTA RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>ROBIN RODRIGUEZ,<br><br>　　　　　　　Defendant. | Case No.: 2:05-CV-1672 GEB (KJMx)<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR SUBSTITUTION OF ATTORNEYS FOR PLAINTIFFS** |

1

1 | Plaintiffs have filed an Application For Substitution of Attorneys for Plaintiffs. Upon
2 | consideration of all the papers filed in connection therewith and good cause showing therefore, it is
3 | hereby ordered that the Application is GRANTED.
4 |     SO ORDERED.
5 |
6 | DATED: March 13, 2006
7 |
        /s/ Garland E. Burrell, Jr.
    GARLAND E. BURRELL, JR.

United States District Judge

2

[PROPOSED] ORDER
CASE NO. 2:05-CV-1672 GEB (KJMx)

PDF created with pdfFactory trial version www.pdffactory.com