UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAVERICK RECORDING COMPANY, a California joint venture; ARISTA RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a New York general partnership; BMG MUSIC, a New York general partnership; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>                Plaintiffs,<br><br>  v.<br><br>ROBIN RODRIGUEZ,<br><br>                Defendant. | 2:05-cv-1672-GEB-KJM<br><br><u>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE</u> |

        The status (pretrial scheduling) conference scheduled in this case for June 5, 2006, is rescheduled for September 11, 2006, at 9:00 a.m. Since Plaintiffs' May 22, 2006, status report states the only matter remaining for decision is their renewed Motion for Default Judgment, noticed for hearing on July 10, 2006, Plaintiffs shall file

/////

/////

/////

1

1  a further status report no later than August 28, 2006, in which they
2  explain only the status of the default matter.
3           IT IS SO ORDERED.
4  Dated:  May 23, 2006

                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge