IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAVERICK RECORDING COMPANY, et al.,

    Plaintiffs,                        No. CIV S-05-1672 GEB KJM

    vs.

ROBIN RODRIGUEZ,

    Defendant.                      ORDER

_____/

        Presently calendared for hearing on June 21, 2006 is plaintiff's motion for default judgment. Pursuant to Local Rule 78-230(h), the court has determined that the matter will be submitted on the papers without oral argument. Upon review of the motion and the documents in support, no opposition having been filed, and good cause appearing therefor, THE COURT FINDS AS FOLLOWS:

        By order filed December 16, 2005, plaintiff's motion for default judgment was denied without prejudice because of several evidentiary deficiencies. Since that time, new counsel has substituted in for plaintiff. Although new counsel has provided more information in support of the pending motion, the primary deficiency previously noted has not been cured: no evidence demonstrates that defendant Robin Rodriguez owns or controls the e-mail address linked to the infringing activity described in the complaint.

Accordingly, IT IS HEREBY ORDERED that the motion for default judgment filed May 22, 2006 is denied without prejudice.

DATED: June 12, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

006
maverick.subxuder

2