UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAVERICK RECORDING COMPANY, a California joint venture; ARISTA RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a New York general partnership; BMG MUSIC, a New York general partnership; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>            Plaintiffs,<br><br>  v.<br><br>ROBIN RODRIGUEZ,<br><br>            Defendant. | 2:05-cv-1672-GEB-KJM<br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE |

       Since the Status (Pretrial Scheduling) Report submitted by Plaintiffs on August 28, 2006, states they have filed a renewed motion for default judgment noticed for hearing before the Magistrate Judge assigned to this case, the Status (Pretrial Scheduling) Conference scheduled for September 11, 2006, is rescheduled to commence at 9:00 a.m. on February 26, 2007.  Plaintiffs shall file a further

/////

/////

/////

1

```
 1  status report no later than February 12, 2007, in which they explain
 2  only the status of the default matter.
 3          IT IS SO ORDERED.
 4  Dated:  August 31, 2006
 5
                                    /s/ Garland E. Burrell, Jr.
 6                                  GARLAND E. BURRELL, JR.
                                    United States District Judge
 7
```