IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAVERICK RECORDING COMPANY, et al.,

    Plaintiffs,

vs.

ROBIN RODRIGUEZ,

    Defendant.

No. CIV S-05-1672 GEB KJM

FINDINGS AND RECOMMENDATIONS

Plaintiff's motion for default judgment came on regularly for hearing October 25, 2006. Thomas Kerr appeared for plaintiff. No appearance was made for defendant. Upon review of the documents in support, no opposition having been filed, and good cause appearing therefor, THE COURT FINDS AS FOLLOWS:

The complaint in this matter was served upon defendant and proof of service was filed August 30, 2005. Cf. Pacific Atlantic Trading Co. v. M/V Main Express, 758 F.2d 1325, 1331 (9th Cir. 1985) (noting that default judgment void without personal jurisdiction). The Clerk of the Court entered default against defendant on November 1, 2005. Plaintiff's present motion for entry of default judgment was served by mail on defendant at defendant's last known address.

/////

1

1    Entry of default effects an admission of all well-pleaded allegations of the
2 complaint by the defaulted party.  <u>Geddes v. United Financial Group</u>, 559 F.2d 557, 560 (9th Cir.
3 1977).  Entry of default judgment is proper where, as in the present case, the facts established by
4 the default support the causes of action pled in the complaint.  The complaint and the affidavits
5 filed in support of the motion for entry of default judgment also support the finding that plaintiff
6 is entitled to the relief requested in the prayer for default judgment, which does not differ in kind
7 from the relief requested in the counterclaim complaint.  <u>Henry v. Sneiders</u>, 490 F.2d 315, 317 &
8 n.2 (9th Cir. 1974).  There are no policy considerations to preclude the entry of default judgment
9 of the type requested.  <u>See</u> <u>Eitel v. McCool</u>, 782 F.2d 1470, 1471-72 (9th Cir. 1986)
10 (enumerating factors to be considered).
11    Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's motion for entry
12 of default judgment be GRANTED.  A proposed judgment was filed by plaintiff on August 29,
13 2006 (docket no. 41, Exhibit 6) and is approved as to form and substance.
14    These findings and recommendations are submitted to the District Judge assigned
15 to this matter, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days after being
16 served with these findings and recommendations, any party may file written objections with the
17 court and serve a copy on all parties.  Such a document should be captioned "Objections to
18 Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served
19 and filed within ten days after service of the objections.  The parties are advised that failure to
20 file objections within the specified time may waive the right to appeal the District Court's order.
21 <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
22 DATED:  October 26, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

26 006 maverick.def