# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**MAVERICK RECORDING COMPANY, ET AL.,**

CASE NO: **2:05−CV−01672−GEB−KJM**

v.

**ROBIN RODRIGUEZ,**

__XX__ −− **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 1/26/2007**

**Victoria C. Minor**
Clerk of Court

ENTERED:  **February 12, 2007**

by: /s/  R. Matson
Deputy Clerk